**Peter BUSH et al.**

v.

**NATIONWIDE INSURANCE COMPANY.**

No. 80–119–A.

Supreme Court of Rhode Island.

June 26, 1980.

Ronald J. Resmini, Providence, for plaintiffs.

Robert K. Pirraglia, Providence, for defendant.

## ORDER

The plaintiffs' motion to supplement the record as prayed is granted.

MURRAY, J., did not participate.

■

**Eloise CAREW**

v.

**Aubrey McDonald CAREW.**

No. 80–229–M.P.

Supreme Court of Rhode Island.

June 26, 1980.

DiSandro Associates, Edmond A. DiSandro, Providence, for plaintiff–respondent.

Joseph R. DeCiantis, Providence, for defendant–petitioner.

## ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

■

**Norman E. CARPENTER, Jr.**

v.

**TOWN OF WEST GREENWICH.**

No. 80–264–M.P.

Supreme Court of Rhode Island.

June 26, 1980.

Anthony A. Cipriano, Providence, for petitioner.

## ORDER

The petition for writ of certiorari is granted.

MURRAY, J., did not participate.